**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 13-02265-VAP (DTBx)                               Date:  May 29, 2014

Title:   RICHARD PEREZ -v- MARIGOLD FINANCIAL LLC; AND DOES 1-10, INCLUSIVE
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE (IN CHAMBERS)

     Plaintiff filed this Complaint in this action on December 10, 2013.  (Doc. No. 1.) The Clerk entered default against Defendant Marigold Financial, LLC on February 7, 2014.  (Doc. No. 8.)  Since that time, Plaintiff has failed to prosecute this action.

     Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than June 4, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.
     **IT IS SO ORDERED.**


MINUTES FORM 11                                        Initials of Deputy Clerk __md/wr____
CIVIL -- GEN                                           Page 1