Tammy Hussin (Bar No. 155290)
HUSSIN LAW FIRM
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, Richard Perez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PEREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARIGOLD FINANCIAL, INC. and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 5:13-cv-02265-VAP-(DTB)<br><br>**NOTICE DISMISSING CASE WITHOUT PREJUDICE**<br><br><br>Judge: Hon. Virginia A. Phillips |

TO THE COURT:

   Pursuant to Fed R. Civ. P. 41(a), Plaintiff, Richard Perez dismisses the above-mentioned matter without prejudice.

DATED: August 4, 2014        By:  */s/Tammy Hussin*
                                    Tammy Hussin, Esq.
                                    HUSSIN LAW FIRM
                                    Attorney for Plaintiff, Richard Perez